Petition for Writ of Habeas Corpus Denied and Memorandum Opinion filed
April 4, 2008








 

Petition
for Writ of Habeas Corpus Denied and Memorandum Opinion filed April 4, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00249-CV

____________

 

IN RE CLARENCE JOHNSON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF HABEAS
CORPUS

 



 

M E M O R
A N D U M  O P I N I O N

On April 1, 2008, relator, Clarence Johnson, filed a petition for writ
of habeas corpus seeking release from jail.  See Tex. Gov=t Code Ann. ' 22.221(d) (Vernon 2004); Tex. R.
App. P. 52.  

In a
habeas corpus proceeding, a relator bears the burden of showing his entitlement
to relief.  Ex parte Occhipenti, 796 S.W.2d 805, 808 (Tex. App.CHouston [1st Dist.] 1990, orig.
proceeding).  Relator has not sustained his burden and shown that he is
entitled to relief.  

Accordingly,
we deny relator=s petition for writ of habeas corpus.

PER
CURIAM

Petition Denied and Memorandum Opinion filed April 4,
2008.

Panel consists of Justices Yates, Frost, and Seymore.